

**The Rosen Law Firm**

I N V E S T O R   C O U N S E L

Jonathan Horne
Jhorne@rosenlegal.com

August 8, 2024

**Via ECF**

Hon. Diane Gujarati, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    *Hunter v. Blue Ridge Bankshares, Inc. et al,* No. 1:23-cv-08944(DG)(JAM)

Your Honor:

We represent Lead Plaintiff Russel L. Hunter ("Plaintiff") in the above-referenced action, and also write on behalf of Defendants Blue Ridge Bankshares, Inc., Brian K. Plum, Judy C. Gavant, and Andrew Moser ("Defendants" and with Plaintiff, "Parties").

By letter dated July 29, 2024, Defendants filed a letter seeking leave to file a motion to dismiss the operative Second Amended Complaint. (Dkts. No. 21, 25). Plaintiffs responded on August 5, 2024. (Dkt. No. 26). The Court has not scheduled a pre-motion conference.

Since the filing of the Amended Complaint, the Parties have been discussing the possibility of settling this action. They have agreed to hold a mediation. The Parties have selected a mediator and are scheduling the mediation. The Parties request a stay of briefing on Defendants' motion to dismiss while they hold the mediation.

At the mediation, the Parties will attempt to resolve all claims in this action. The Parties will then present the settlement, if any, for the Court's approval. If the Court then approves the settlement, Defendants' motion to dismiss would be mooted. Thus, staying briefing on the motion to dismiss while the Parties hold a mediation preserves the Parties' and the Court's resources.

The Parties can provide times at which they are available to discuss this Request or to hold a pre-motion conference on Defendants' motion to dismiss, should the Court desire either.

1

This is the first request to adjourn briefing on Defendants' anticipated motion to dismiss. Because this action has at all times been subject to a stay imposed by the Private Securities Litigation Reform Act, there is no operative scheduling order. ECF Minute Entry dated February 29, 2024. As such, staying the motion to dismiss while the parties explore mediation will have no impact on any other deadlines in this action.

Respectfully submitted,

/s/ Jonathan Horne
Jonathan Horne, Esq.

cc:    All counsel of record by ECF

2