UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUSSELL HUNTER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE RIDGE BANKSHARES, INC., BRIAN K. PLUM, JUDY C. GAVANT, AND ANDREW H. MOSER,<br><br>    Defendants. | Case No. 1:23-cv-08944-DG-JAM |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF
<u>CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION</u>**

PLEASE TAKE NOTICE that on October 29, 2025, at 11:00 a.m., before the Honorable Joseph A. Marutollo, 271 Cadman Plaza East Brooklyn NY 11201, Lead Plaintiff Russell Hunter will and hereby does move the Court for entry of an Order: (1) granting final approval of the Settlement in the Action on the terms set forth in the Stipulation; and (2) approving the proposed Plan of Allocation for distribution of the Net Settlement Fund.

This motion is based on this Notice of Motion; the Memorandum of Law in Support thereof; the Declaration of Jonathan Horne Regrading Attorneys' Fees and Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

1

A proposed Order and Final Judgment granting the requested relief will be submitted with Lead Plaintiff's reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

DATED: September 24, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
*/s/ Jonathan Horne*
Jonathan Horne, Esq.
Laurence M. Rosen, Esq.
Henry Bloxenheim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jhorne@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: hbloxenheim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jonathan Horne*
Jonathan Horne