UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
RUSSELL HUNTER, Individually and on behalf of all others similarly situated,

                              Plaintiff,

v.

BLUE RIDGE BANKSHARES, INC., BRIAN K. PLUM, JUDY C. GAVANT, AND ANDREW H. MOSER,

                              Defendants.

-------------------------------------------------------------------x

**JUDGMENT**

23-CV-8944
(Marutollo, M.J.)

      Orders of the Honorable Joseph. A. Marutollo, United States Magistrate Judge, having been entered on November 20, 2025, granting Plaintiff's Motion for Final Approval of Class Action Settlement, *see* Dkt. No. 53, and Plaintiff's Motion for Attorneys' Fees, *see* Dkt. No. 54; and finding the terms and conditions of the Stipulation of Settlement dated February 4, 2025, *see* Dkt. No. 36, fair, reasonable, and adequate for the settlement of all claims asserted by the Settlement Class against Defendants; it is

      ORDERED AND ADJUDGED that judgment in accordance with the Court's November 20, 2025 Text Orders is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated:     Brooklyn, New York
              November 25, 2025

                                          Brenna B. Mahoney
                                          Clerk of Court

                                            */s/ Jalitza Poveda*
                                          Deputy Clerk